## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

JONATHAN HANSLEY,

               Plaintiff,

vs.

EXETER FINANCE, LLC,

               Defendant.

CIVIL ACTION FILE

NO. 3:23-cv-0053-TCB

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation, and having adopted said Report and Recommendation, it is

**Ordered and Adjudged** that the action be **DISMISSED** without prejudice for failure to comply with the Court's previous Order and for failure to state a plausible claim.

Dated at Newnan, Georgia, this 27th day of June, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/ D. Barfield
       D. Barfield, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 27, 2023
Kevin P. Weimer
Clerk of Court

By:   s/ D. Barfield
       Deputy Clerk